IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>THOMAS W TRIPLER<br>    Debtor | Case No. 19-10673-elf |
| Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1,<br>    Movant | Chapter 13 |
| vs.<br>THOMAS W TRIPLER<br>Patricia M Tripler, (Non-Filing Co-Debtor)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Certification of Default filed by Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 (Movant), and after Notice of Default, it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that relief from the automatic stay, as provided under 11 U.S.C. §362 is granted with respect to, 601 WILLOWBROOK RD, Havertown Township, PA 19083 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

Date: 2/23/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**